UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN SERRANO REYES, | 1:09-cv-00319-LJO-SMS |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO PAY THE $350.00 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS OF THE DATE OF SERVICE OF THIS ORDER |
| v. | |
| DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, | |
| Defendants. | ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF A BLANK APPLICATION TO PROCEED IN FORMA PAUPERIS FORM FOR A PERSON IN CUSTODY |

   Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   Plaintiff filed a complaint on February 20, 2009. However, Plaintiff has not paid the filing fee or submitted an application to proceed in forma pauperis.

   The filing fee for all civil actions other than habeas corpus is $350.00; the filing fee for an application for a writ

1

1 of habeas corpus is $5.00. 28 U.S.C. § 1914, as amended effective
2 April 8, 2006. Pub. L. No. 109-171, 120 Stat. 4 (2006).
3     Plaintiff is required either to pay the filing fee or to
4 submit an application accompanied by an original, signed prison
5 trust account statement that includes the entire six-month period
6 immediately preceding the filing of the complaint. See 28 U.S.C.
7 § 1915(a)(2). Plaintiff will be provided the opportunity either
8 to pay the $350.00 filing fee or submit a completed application,
9 with a signed certificate and an original certified copy of his
10 trust account statement covering the full six-month period in
11 support of his request to proceed in forma pauperis.
12     In accordance with the above, IT IS HEREBY ORDERED that
13 within thirty days of the date of service of this order,
14 Plaintiff shall either submit a completed application to proceed
15 in forma pauperis, including a signed certificate and an original
16 certified copy of his prison trust account statement for the six-
17 month period immediately preceding the filing of the complaint,
18 or, in the alternative, pay the $350.00 filing fee for this
19 action.
20     Further, the Clerk of the Court IS DIRECTED to send to
21 Plaintiff with this order a blank application to proceed in forma
22 pauperis for a person in custody.
23     Plaintiff's failure to comply with this order will result in
24 a recommendation that this action be dismissed.
25 IT IS SO ORDERED.
26 **Dated:   February 26, 2009**             /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE
27
28